UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

THOMAS DIPIETRO,

      Plaintiff,

v.

ALEXANDRIA HOTELS d/b/a
  R&A HOTELS,
RAHN ALEXANDRIA, LTD.,
RAHN ALEXANDRIA, INC.,
COURTYARD MANAGEMENT CORP., and
MARRIOTT INTERNATIONAL, INC.,

      Defendants.

C.A. No. 06-10095-NMG

## STIPULATION OF NAME CHANGE OF
## ALEXANDRIA HOTELS d/b/a R&A HOTELS

The parties hereby stipulate that the correct name for the entity listed in the caption as "Alexandria Hotels d/b/a R&A Hotels" is "Alexandria Hotel." The parties further stipulate that Alexandria Hotel is the owner of the property and parking lot located at 2700 Eisenhower Avenue in Alexandria, Virginia. All future pleadings and/or other documents containing the caption of this case or the name of this Defendant will reflect this corrected name.

Respectfully submitted,

**THOMAS DIPIETRO**

By his attorneys,

**ALEXANDRIA HOTEL, RAHN ALEXANDRIA, LTD., RAHN ALEXANDRIA, INC., COURTYARD MANAGEMENT CORP., AND MARRIOTT INTERNATIONAL, INC.**

By their attorneys,

| | |
|---|---|
| */s/Anthony J. Natale* | */s/Michael A. Fitzhugh* |
| */s/Katharine Pacella Costello* | */s/Sonia L. Skinner* |
| Anthony J. Natale (BBO# 645574) | Michael A. Fitzhugh (BBO# 169700) |
| Katharine Pacella Costello (BBO# 634583) | Sonia L. Skinner (BBO# 631858) |
| PEPE & HAZARD LLP | Fitzhugh, Parker & Alvaro LLP |
| 225 Franklin Street | 155 Federal Street, Suite 1700 |
| Boston, MA  02110 | Boston, MA  02110-1727 |
| (617) 748-5500 | (617) 695-2330 |

Dated:  November 2, 2006

2

KPC/28196/248/579566v2
11/02/06-BOS/